APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

FILED/REC'D
2022 AUG 31  A 10: 12
CLERK OF COURT
DISTRICT COURT
WD OF WI

United States District Court for the Western District of Wisconsin

SHORT RECORD
Appeal No. 22-2541
Filed 8.31.2022

A. B.,   _Timothy Upchurch and_
         Plaintiff(s),  _Timothy Provis_

File Number  _19-CV-165-WMC_

Notice of Appeal

C.D.,   v. _Timothy O'Brien, Margarett O'Brien_
         Defendant(s)  _and Steven Lucareli_

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the ___7th___ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _29_ day of _August_, _2022_

(s)_Timothy J. Upchurch_
Attorney for
Address: _____

* See Rule 3(c) for permissible ways of identifying appellants.

_Tim Upchurch_
_6939 W. School St._
_Three Lakes WI. 54562_
_Email - tuffyupchurch@yahoo.com_
_Phone# 715-617-7902_

Tim Upchurch
6439 W. school st.
Three lakes WI, 54562

GREEN BAY WI 543

29 AUG 2022 PM 2 L

SCANNED

U.S. District Court
Western District of Wisconsin
120 North Henry Street
Madison, WI. 53703-0432

Attn. Clerk of Courts 53703-255995

## SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 14 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)**

*FILED/REC'D*

| Short Title | District | D.C. Docket No. 31  A 10: 12 |
|---|---|---|
| | District Judge | Court Reporter *CLERK OF COURT* |

[ ] I am ordering transcript.

[X] I am not ordering transcript because: *There were no formal hearings.*

[ ] The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

**Indicate proceedings for which transcript is required. Dates must be provided:**                    Date(s)

[ ]    Pretrial proceedings. Specify: _____    _____

[ ]    Voir Dire    _____

**Trial or Hearing.  Specify:** _____    _____

[ ]    Opening statement    _____

[ ]    Instruction conference    _____

[ ]    Closing statements    _____

[ ]    Court instructions    _____

[ ]    Post-trial proceedings. Specify: _____    _____

[ ]    Sentencing    _____

[ ]    Other proceedings. Specify: _____    _____

| Method of Payment: | [ ] Cash | [ ] Check or Money Order | [ ] C.J.A. Voucher |
|---|---|---|---|
| Status of Payment: | [ ] Full Payment | [ ] Partial Payment | [ ] No Payment Yet |

Signature:  *s/ Tiana A. Jo Miller*                    Telephone No. (215) 617-7902

Address:  *6939 W. School St.*

*Three Lakes WI. 54562*                    Date: _____

**PART II – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment have been made.***

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter:  *s/*                    Date: _____

**NOTICE: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.**

Original to Court Reporter.  Copies to: ● U.S.C.A. Clerk   ● Service Copy  ● District Court Clerk and to ● Party / Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY UPCHURCH,

                        Plaintiff,                          OPINION AND ORDER

        v.                                                  19-cv-165-wmc

TIMOTHY O'BRIEN,
MARGARET O'BRIEN,
ALBERT MOUSTAKIS,
STEVEN LUCARELI,
SHERIFF JOSEPH FATH,
DEPUTY SHERIFF ERIC NEFF,  and
DEPUTY SHERIFF RANDALL SCHNEIDER

                        Defendant.

On August 16, 2021, the court granted defendants Timothy O'Brien, Margaret

O'Brien, and Stevel Lucareli's motions for sanctions.  (Dkt. #82.)  The court then ordered

the parties to submit their costs, allowing plaintiff and his counsel to respond.  For the

reasons given below, the costs are reasonable and are granted to the defendants.

OPINION

The court granted sanctions as follows:  Timothy Upchurch and his counsel,

Attorney Timothy Provis, are jointly and severally liable for expenses arising out of their

violation of the court's discovery order under Rule 37.  (Order (dkt. #82) 23.)  Timothy

O'Brien and Margaret O'Brien submitted documentation of those expenses, which came

out to $1,411.00.  (Motion (dkt. #84) 1.)  The court also granted the O'Brien defendants

and Steven Lucareli reasonable expenses incurred while defending against this lawsuit

under Rule 11.  (Order (dkt. #82) 23.)  Those fees and costs came out to $30,552.21 for

the O'Briens and $11,520.00 for Lucareli.   (Motion (dkt. #84) 1.); (Loomis Dec. (dkt.

#86) 1.)  Finally, Attorney Provis was ordered to disgorge to the Clerk of Court all amounts

paid for his work in this lawsuit.  (Order (dkt. #82) 24.)  Attorney Provis has stated that

he was paid a $10,000 retainer for his services, though his client is now suing for a return

of $4,000 from that fee.

Both plaintiff Upchurch and his attorney submitted letters to the court as their

objections to the amount of fees requested; however, neither gives persuasive reasoning for

a reduction in those awards.   Most of Upchurch's objections are merely attempts at

relitigating the merits of the case or assuring the court that he brought his claims in good

faith.  At this stage, these arguments can be put aside, since the court has already heard

arguments and found that sanctions are proper.  The only question still before the court is

the proper calculation of fees and costs.

Plaintiff Upchurch's main argument for reducing fees is that he does not have the

funds to pay the amount defendants are requesting.  (Upchurch Resp. (dkt. #88) 1-2.)

While ability to pay is a factor the court may take into consideration in imposing sanctions,

Upchurch has not provided any actual evidence of his financial situation.  *View Eng'g, Inc.*

*v. Robotic Vision Sys., Inc.*, 208 F.3d 981, 988 (Fed. Cir. 2000).  Additionally, defendants

have noted that Upchurch likely has assets beyond those mentioned in his letter, as he

accounts neither for other, pending lawsuits for which he is the plaintiff nor for his wife's

assets, including the trust that paid for the property involved in this case.  (Lucareli Rep.

(dkt. #90) 2.)

Upchurch also claims that the amount requested exceeds that necessary to deter future, improper behavior.  (Upchurch Resp. (dkt. #88) 1.)  Given Upchurch's sustained campaign of harassment against the defendants, including profane letters and meritless lawsuits (and even a state court conviction for his theft of the O'Briens' property before this case even began), the court finds *no* merit in this argument.  Specifically, in granting sanctions, the court noted that "defendants have produced evidence regarding Upchurch's longstanding campaign of harassment against the O'Briens and others, most of which plaintiff does not even attempt to dispute."  (Order (dkt. #82) 19.)  Upchurch's bald assertions are simply not enough to convince the court to lower its sanction award.  If Upchurch wanted to avoid financial losses, he would have been better served by not pursuing a frivolous lawsuit in the first place.

Attorney Provis also fails to object to the fees sought with only particularity.  Instead, he simply asserts that "where over $30,000 of attorney fees are demanded, the Court should use the lodestar formula to determine the proper amount."  (Provis Aff. (dkt. #89) 2.)  Of course, that is precisely what the court ordered, since the lodestar formula is simply a calculation of the number of hours an attorney worked multiplied by a reasonable hourly rate.  *Jeffboat, LLC v. Dir., Off. of Workers' Comp. Programs*, 553 F.3d 487, 490 (7th Cir. 2009).  Here, Provis neither contends that the hourly rates were unreasonable nor that any of the hours billed were unnecessary, which are the two, principal avenues for him to object to the actual sanction amount under the loadstar formula.

In particular, the O'Briens' law firm charged between $275 and $300 per hour for 110.50 hours of work.  (Lubinsky Aff. (dkt #85-1) 1-16.)  Lucareli's counsel charged $300

per hour for 38.4 hours of work.  (Loomis Dec. (dkt. #86) 1.)  Absent any actual objection

to the hours recorded or the hourly rates charged, the court finds that both are reasonable.

Given that Upchurch and Provis neither truly disputed any particular aspect of defendants'

calculations nor provided a compelling reason to reduce the sanction amount, therefore,

the court will award Timothy O'Brien and Margaret O'Brien $30,552.21 under Rule 11

and $1,411.00 under Rule 37.  Similarly, Steven Lucareli will be awarded $11,520.00

under Rule 11.

Unrelated to the fee calculation, Provis "objects to any sanctions imposed on Mr.

Upchurch because he is not responsible for any misconduct and the Court's factual findings

to the contrary are erroneous."  (Provis Aff. (dkt. #89) 1.)  In particular, he cites *United

States v. 1948 S. Martin Luther King Dr.*, 270 F.3d 1102 (7th Cir. 2001) in favor of, at

minimum, holding a hearing on the issue.  However, that case is inapposite.  In *Martin

Luther King Dr.*, the Seventh Circuit found that the district court erred in leveling sanctions

without "direct[ing] an offending party or attorney to show cause why he should not be

sanctioned," as well as proving no reasoning in support of imposing them.  *Id*. at 1115.

Here, the parties already had the opportunity to brief the issue of whether sanctions were

appropriate.  Moreover, the court addressed these arguments in explaining its reasons for

finding sanctions warranted.  Finally, holding a hearing at this point simply to determine

whether Upchurch should bear equal responsibility for the sanctions would be pointless,

since the court has already provided ample grounds for deciding that he must and should.

As such, Provis and Upchurch are properly jointly and severally liable for the sanction

awards to the O'Briens and Lucareli.

4

Regarding the disgorgement of his fee, Provis failed to pay the money to the Clerk of Court, asking instead that he be allowed to repay Upchurch first, as the two are currently involved in a small claims dispute over rights to $4,000 left over from his retainer.  (Provis Letter (dkt. #87) 1.)  Given that Upchurch's personal vendetta appears to be the main motivation for this lawsuit, however, the court is also not moved by this argument.  To the contrary, the entire record documents why Upchurch's repayment should get *no* special consideration.  The court is unwilling to wait for Upchurch to be repaid, given that Attorney Provis himself "either knew or should have known of Upchurch's improper motives as much of the harassing behavior is documented in the public record and would have been revealed had Provis undertaken a reasonable investigation into Upchurch's suspect claims."  (Order (dkt. #82) 20.)  Provis' penalty for his improper behavior is that he must disgorge his fee to the court, his potential debt to Upchurch notwithstanding.  Of course, if Upchurch has *already* recovered some or all of the fee, Provis need not pay twice.  Instead, the $10,000 amount may be reduced by any amount actually paid to Upchurch as of July 25, 2022.  As such, Attorney Provis is ordered to deposit $10,000, representing his retainer for this case, with the Clerk of Court, less any amount already paid back to Upchurch through litigation or otherwise.

ORDER

IT IS ORDERED that:

1)  Defendants Timothy O'Brien and Margaret O'Brien are awarded $30,552.21 under Rule 11, for which Timothy Upchurch and Timothy Provis are jointly and severally liable,

5

2)  Steven Lucareli is awarded $11,520.00 under Rule 11, for which Timothy
    Upchurch and Timothy Provis are jointly and severally liable,

3)  Timothy O'Brien and Margaret O'Brien are awarded $1,411.00 under Rule 37,
    for which Timothy Upchurch and Timothy Provis are jointly and severally
    liable,

4)  Attorney Timothy Provis is ordered to pay $10,000 to the Clerk of Court, less
    any amount already repaid to Upchurch, representing the disgorgement of his
    payment for services rendered.

Entered this 25th day of July, 2022.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge

**U.S. District Court**

**Western District of Wisconsin**

**Notice of Electronic Filing**

The following transaction was entered on 8/4/2022 at 2:32 PM CDT and filed on 8/4/2022

| | |
|---|---|
| **Case Name:** | Upchurch, Timothy v. O'Brien, Timothy et al |
| **Case Number:** | 3:19-cv-00165-wmc |
| **Filer:** | |

**WARNING: CASE CLOSED on 01/30/2020**

**Document Number:** 94(No document attached)

**Docket Text:**
**\*\* TEXT ONLY ORDER \*\***
**ORDER granting [93] Motion for Judgment re: [92] Order on Motion for Sanctions. Signed by District Judge William M. Conley on 8/4/2022. (rks/MH)**


**3:19-cv-00165-wmc Notice has been electronically mailed to:**

John M. Loomis     jmloomis@jmloomislaw.com

Lori Marie Lubinsky     llubinsky@axley.com, kbutts@axley.com

David C. Rice (Terminated)     ricedc@doj.state.wi.us, CuellarKL@doj.state.wi.us

Andrew P. Smith     aps@rhinelanderlaw.com, abschuh@kopkalaw.com, emvita@kopkalaw.com, sahafeman@kopkalaw.com

Timothy Alan Provis      appealexpert@gmail.com

Christopher J McElgunn      McElgunnCJ@doj.state.wi.us, CuellarKL@doj.state.wi.us

**3:19-cv-00165-wmc Notice will be delivered by other means to::**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY J. UPCHURCH,

Plaintiff,

v.                                                                19-cv-165-wmc

TIMOTHY M. O'BRIEN, MARGARET M.
O'BRIEN, ALBERT D. MOUSTAKIS,
STEVEN M. LUCARELLI, SHERIFF JOSEPH
FATH, DEPUTY SHERIFF ERIC NEFF and
DEPUTY SHERIFF RANDALL SCHNEIDER,

Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants

Timothy O'Brien and Margaret O'Brien against plaintiff Timothy Upchurch and Attorney

Timothy Provis, jointly and severally, in the amount of $31,963.21.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Steven Lucareli against plaintiff Timothy Upchurch and Attorney Timothy Provis,

jointly and severally, in the amount of $11,520.00.

IT IS FURTHER ORDERED AND ADJUDGED that Attorney Timothy Provis is to

pay $10,000 to the Clerk of Court, less any amount already repaid to Upchurch, representing

the disgorgement of his payment for services rendered.

Approved as to form this __4th__ day of August, 2022.

William M. Conley, District Judge

Joel Turner, Clerk of Court

August 4, 2022
Date

# U.S. District Court
## Western District of Wisconsin (Madison)
## CIVIL DOCKET FOR CASE #: 3:19−cv−00165−wmc

Upchurch, Timothy v. O'Brien, Timothy et al
Assigned to: District Judge William M. Conley
Referred to: Magistrate Judge Stephen L. Crocker
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 02/28/2019
Date Terminated: 01/30/2020
Jury Demand: Both
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Timothy J. Upchurch**    represented by    **Timothy J. Upchurch**
6939 W. School Road
Three Lakes, WI 54562
(715) 617−7902
PRO SE

**Timothy Alan Provis**
Tim Provis
123 East Beutel Road
Port Washington, WI 53074
414−339−4458
Fax: 262−284−8875
Email: appealexpert@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Timothy M. O'Brien**    represented by    **Jennifer M. Luther**
Axley Brynelson, LLP
2 E. Mifflin Street., Ste. 200
P.O. Box 1767
Madison, WI 53701−1767
608−257−5661
Fax: 608−257−5444
Email: jluther@axley.com
*TERMINATED: 10/03/2019*

**Lori Marie Lubinsky**
Axley Brynelson, LLP
Two East Mifflin Street, Ste. 200
P.O. Box 1767
Madison, WI 53701
608−257−5661
Fax: 608−257−5444
Email: llubinsky@axley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Margaret M. O'Brien**    represented by    **Jennifer M. Luther**
(See above for address)
*TERMINATED: 10/19/2019*

**Lori Marie Lubinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Albert D. Moustakis**                   represented by   **Christopher J McElgunn**
                                                           Wisconsin Department of Justice
                                                           Office of the Attorney General
                                                           17 W Main St
                                                           PO Box 7857
                                                           Madison, WI 53707−7857
                                                           608−264−6201
                                                           Fax: 608−267−8906
                                                           Email: McElgunnCJ@doj.state.wi.us
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **David C. Rice**
                                                           Wisconsin Department of Justice
                                                           17 W. Main Street
                                                           P.O. Box 7857
                                                           Madison, WI 53707−7857
                                                           608−266−6823
                                                           Fax: 608−267−8906
                                                           Email: ricedc@doj.state.wi.us
                                                           *TERMINATED: 08/19/2021*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Steven M. Lucareli**                    represented by   **John M. Loomis**
                                                           John M. Loomis, Attorney at Law
                                                           329 N. Second Street
                                                           P.O. Box 1802
                                                           Eagle River, WI 54521
                                                           1−888−963−8977
                                                           Fax: 1−888−238−0238
                                                           Email: jmloomis@jmloomislaw.com
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff Joseph Fath**                   represented by   **Andrew P. Smith**
                                                           Phillips Borowski, S.C.
                                                           8−A W Davenport Street
                                                           Suite 200
                                                           Rhinelander, WI 54501
                                                           715−420−0717
                                                           Fax: 715−420−0718
                                                           Email: aps@rhinelanderlaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Deputy Sheriff Eric Neff**              represented by   **Andrew P. Smith**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Deputy Sheriff Randall Schneider**      represented by   **Andrew P. Smith**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 02/28/2019 | 1 | COMPLAINT *for Damages under RICO* against All Defendants, ( Filing fee $ 400 receipt number 0758−2417981.), filed by Timothy J. Upchurch, (Attachments: # 1 JS−44 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons) (Provis, Timothy) Modified on 3/1/2019. (lak) (Entered: 02/28/2019) |
| 03/01/2019 | | Case randomly assigned to District Judge William M. Conley and Magistrate Judge Stephen L. Crocker. (jat) (Entered: 03/01/2019) |
| 03/01/2019 | | Standard attachments for Judge William M. Conley required to be served on all parties with summons or waiver of service: NORTC, Corporate Disclosure Statement. (jat) (Entered: 03/01/2019) |
| 03/01/2019 | 2 | Summons Issued as to Joseph Fath, Steven M. Lucarelli, Albert D. Moustakis, Margaret M. O'Brien, Timothy M. O'Brien, Randall Schneider. (jat) (Entered: 03/01/2019) |
| 03/17/2019 | 3 | Request for Issuance of Summons by Plaintiff Timothy J. Upchurch. (Provis, Timothy) (Entered: 03/17/2019) |
| 03/18/2019 | 4 | Request for Issuance of Summons by Plaintiff Timothy J. Upchurch. (Provis, Timothy) (Entered: 03/18/2019) |
| 03/18/2019 | 5 | Summons Issued as to Eric Neff and Randall Schneider. (jls) (Entered: 03/18/2019) |
| 03/18/2019 | 6 | Disregard. Modified on 3/19/2019. (lak) (Entered: 03/18/2019) |
| 04/03/2019 | 7 | Notice of Appearance filed by Lori Marie Lubinsky for Defendants Margaret M. O'Brien, Timothy M. O'Brien. (Lubinsky, Lori) (Entered: 04/03/2019) |
| 04/03/2019 | 8 | Notice of Appearance filed by Jennifer M. Luther for Defendants Margaret M. O'Brien, Timothy M. O'Brien. (Luther, Jennifer) (Entered: 04/03/2019) |
| 04/03/2019 | 9 | Waiver of Service Returned Executed by Defendants Timothy M. O'Brien, Margaret M. O'Brien. Timothy M. O'Brien waiver sent on 3/17/2019, answer due 5/16/2019; Margaret M. O'Brien waiver sent on 3/17/2019, answer due 5/16/2019. (Luther, Jennifer) (Entered: 04/03/2019) |
| 04/04/2019 | 10 | Waiver of Service Returned Executed by Defendant Steven M. Lucarelli. Steven M. Lucarelli waiver sent on 3/17/2019, answer due 5/16/2019. (Provis, Timothy) (Entered: 04/04/2019) |
| 04/04/2019 | 11 | Waiver of Service Returned Executed by Defendant Albert D. Moustakis. Albert D. Moustakis waiver sent on 3/17/2019, answer due 5/16/2019. (Provis, Timothy) (Entered: 04/04/2019) |
| 04/08/2019 | 12 | Notice of Appearance filed by David C. Rice for Defendant Albert D. Moustakis. (Rice, David) (Entered: 04/08/2019) |
| 04/08/2019 | 13 | **MOTION TO DISMISS** by Defendant Albert D. Moustakis. Brief in Opposition due 4/29/2019. Brief in Reply due 5/9/2019. (Rice, David) (Entered: 04/08/2019) |
| 04/08/2019 | 14 | Brief in Support of 13 Motion to Dismiss by Defendant Albert D. Moustakis. (Rice, David) (Entered: 04/08/2019) |
| 04/26/2019 | 15 | Notice of Appearance filed by John M. Loomis for Defendant Steven M. Lucarelli. (Loomis, John) Modified on 4/29/2019: Name of court. (lak) (Entered: 04/26/2019) |
| 04/26/2019 | 16 | Disregard. See 17 . Modified on 4/29/2019. (lak) (Entered: 04/27/2019) |
| 04/29/2019 | 17 | Motion for Extension of Time *to File Response to Motion to Dismiss* by Plaintiff Timothy J. Upchurch. Motions referred to Magistrate Judge Stephen L. Crocker. Response due 5/6/2019. (Provis, Timothy) Modified on 4/29/2019. (lak) (Entered: 04/29/2019) |

| 04/29/2019 | 18 | ** TEXT ONLY ORDER ** <br> ORDER granting 17 Motion for Extension of Time to File Response to Motion to Dismiss. Brief in Opposition due 5/15/2019. Brief in Reply due 5/28/2019. Signed by Magistrate Judge Stephen L. Crocker on 4/29/19. (jat) (Entered: 04/29/2019) |
|---|---|---|
| 05/07/2019 | 19 | **MOTION TO DISMISS** by Defendant Steven M. Lucarelli. Brief in Opposition due 5/28/2019. Brief in Reply due 6/7/2019. (Loomis, John) (Entered: 05/07/2019) |
| 05/07/2019 | 20 | Brief in Support of 19 Motion to Dismiss by Defendant Steven M. Lucarelli. (Loomis, John) (Entered: 05/07/2019) |
| 05/13/2019 | 21 | Unopposed Motion for Extension of Time to File Answer re: 1 Complaint, by Defendants Margaret M. O'Brien, Timothy M. O'Brien. Motions referred to Magistrate Judge Stephen L. Crocker. (Luther, Jennifer) (Entered: 05/13/2019) |
| 05/13/2019 | 22 | ** TEXT ONLY ORDER ** <br> ORDER granting 21 Motion for Extension of Time to Answer. Margaret M. O'Brien answer due 6/3/2019; Timothy M. O'Brien answer due 6/3/2019. Signed by Magistrate Judge Stephen L. Crocker on 5/13/19. (jat) (Entered: 05/13/2019) |
| 05/13/2019 | 23 | Second Motion for Extension of Time *To Answer Motion to Dismiss* by Plaintiff Timothy J. Upchurch. Motions referred to Magistrate Judge Stephen L. Crocker. Response due 5/20/2019. (Provis, Timothy) (Entered: 05/13/2019) |
| 05/14/2019 | 24 | ** TEXT ONLY ORDER ** <br> ORDER granting 23 Motion for Extension of Time. Plaintiff should not expect another extension of this deadline. Signed by Magistrate Judge Stephen L. Crocker on 5/14/19. (jat) (Entered: 05/14/2019) |
| 05/14/2019 | | Reset Deadlines as to 13 MOTION TO DISMISS. Brief in Opposition due 5/17/2019. Brief in Reply due 5/30/2019. (jat) (Entered: 05/14/2019) |
| 05/17/2019 | 25 | Brief in Opposition by Plaintiff Timothy J. Upchurch re: 13 Motion to Dismiss filed by Albert D. Moustakis. (Provis, Timothy) (Entered: 05/17/2019) |
| 05/20/2019 | | Action Requested: Counsel for plaintiff requested to promptly file proof of service for Joseph Fath, Eric Neff, and Randall Schneider. (jat) (Entered: 05/20/2019) |
| 05/20/2019 | 26 | Brief in Reply by Defendant Albert D. Moustakis in Support of 13 Motion to Dismiss. (Rice, David) (Entered: 05/20/2019) |
| 05/22/2019 | 27 | Notice of Appearance filed by Andrew P. Smith for Defendants Joseph Fath, Eric Neff, Randall Schneider. (Smith, Andrew) (Entered: 05/22/2019) |
| 05/22/2019 | 28 | Corporate Disclosure Statement by Defendants Joseph Fath, Eric Neff, Randall Schneider. (Smith, Andrew) (Entered: 05/22/2019) |
| 05/22/2019 | 29 | Certificate of Service by Defendants Joseph Fath, Eric Neff, Randall Schneider. (Smith, Andrew) (Entered: 05/22/2019) |
| 05/22/2019 | | Set Telephone Conference: Telephone Pretrial Conference set for 6/28/2019 at 02:00 PM before Magistrate Judge Stephen L. Crocker. Counsel for Plaintiff responsible for setting up the call to chambers at (608) 264−5153. [Standing Order Governing Preliminary Pretrial Conference attached] (jat) (Entered: 05/22/2019) |
| 05/26/2019 | 30 | Affidavit of Service by Plaintiff. Joseph Fath served on 5/13/2019, answer due 6/3/2019. (Provis, Timothy) (Entered: 05/26/2019) |
| 05/26/2019 | 31 | Affidavit of Service by Plaintiff. Eric Neff served on 5/13/2018, answer due 6/3/2018. (Provis, Timothy) (Entered: 05/26/2019) |
| 05/26/2019 | 32 | Affidavit of Service by Plaintiff. Randall Schneider served on 5/13/2019, answer due 6/3/2019. (Provis, Timothy) (Entered: 05/26/2019) |
| 05/28/2019 | 33 | Brief in Opposition by Plaintiff Timothy J. Upchurch re: 19 Motion to Dismiss filed by Steven M. Lucareli. (Provis, Timothy) (Entered: 05/28/2019) |
| 05/30/2019 | 34 | **MOTION TO DISMISS** by Defendants Margaret M. O'Brien, Timothy M. O'Brien. Brief in Opposition due 6/20/2019. Brief in Reply due 7/1/2019. (Luther, Jennifer) (Entered: 05/30/2019) |

| 05/30/2019 | 35 | Brief in Support of 34 Motion to Dismiss by Defendants Margaret M. O'Brien, Timothy M. O'Brien. (Luther, Jennifer) (Entered: 05/30/2019) |
|---|---|---|
| 05/30/2019 | 36 | Motion for Sanctions by Defendants Margaret M. O'Brien, Timothy M. O'Brien. (Luther, Jennifer) (Entered: 05/30/2019) |
| 05/30/2019 | 37 | Brief in Support of 36 Motion for Sanctions by Defendants Margaret M. O'Brien, Timothy M. O'Brien. (Luther, Jennifer) (Entered: 05/30/2019) |
| 05/30/2019 | 38 | Affidavit of Jennifer M. Luther filed by Defendants Margaret M. O'Brien, Timothy M. O'Brien re: 36 Motion for Sanctions, (Attachments: <br># 1 Exhibit 1– Sheriff Report 13–004696, <br># 2 Exhibit 2 – Title Search, <br># 3 Exhibit 3 – Sheriff Report 15–004675, <br># 4 Exhibit 4 – Stalking Letter, <br># 5 Exhibit 5 – CCAP Report 13cv174, <br># 6 Exhibit 6 – CCAP Report 15cf61, <br># 7 Exhibit 7 – Transcript, <br># 8 Exhibit 8 – CCAP Reports 15cv64, 15cv65, <br># 9 Exhibit 9 – Stipulation and Agreement, <br># 10 Exhibit 10 – Stipulation and Agreement, <br># 11 Exhibit 11 – Motion to Withdraw Plea, <br># 12 Exhibit 12 – Motion for Discovery, <br># 13 Exhibit 13 – Amended Criminal Complaint, <br># 14 Exhibit 14 – James Spring Interview, <br># 15 Exhibit 15 – Safe Harbor Letter) (Luther, Jennifer) (Entered: 05/30/2019) |
| 05/30/2019 | 39 | Affidavit of Timothy M. O'Brien filed by Defendants Margaret M. O'Brien, Timothy M. O'Brien re: 36 Motion for Sanctions, (Attachments: <br># 1 Exhibit 1 – Letter dated Sept. 10, 2003, <br># 2 Exhibit 2 – Sign from Jan. 31, 2012, <br># 3 Exhibit 3 – Letter dated Mar. 28, 2012, <br># 4 Exhibit 4 – Letter dated Apr. 22, 2012, <br># 5 Exhibit 5 – Letter dated May 1, 2014, <br># 6 Exhibit 6 – Letter dated Sept. 7, 2016, <br># 7 Exhibit 7 – Email dated May 12, 2016, <br># 8 Exhibit 8 – J. Caesar Sign) (Luther, Jennifer) (Entered: 05/30/2019) |
| 05/30/2019 | | Set Deadlines as to 36 Motion for Sanctions. Brief in Opposition due 6/20/2019. Brief in Reply due 7/1/2019. (jat) (Entered: 05/30/2019) |
| 05/31/2019 | 40 | **MOTION TO DISMISS** by Defendants Joseph Fath, Eric Neff, Randall Schneider. Brief in Opposition due 6/21/2019. Brief in Reply due 7/1/2019. (Smith, Andrew) (Entered: 05/31/2019) |
| 05/31/2019 | 41 | Brief in Support of 40 Motion to Dismiss by Defendants Joseph Fath, Eric Neff, Randall Schneider. (Smith, Andrew) (Entered: 05/31/2019) |
| 05/31/2019 | 42 | Certificate of Service by Defendants Joseph Fath, Eric Neff, Randall Schneider. (Smith, Andrew) (Entered: 05/31/2019) |
| 06/03/2019 | | Set Telephone Pretrial Conference: Telephone Pretrial Conference set for 7/23/2019 at 01:00 PM before Magistrate Judge Stephen L. Crocker. Counsel for Plaintiff responsible for setting up the call to chambers at (608) 264–5153. [Standing Order Governing Preliminary Pretrial Conference attached] (jls) (Entered: 06/03/2019) |
| 06/03/2019 | 43 | ANSWER with Jury Demand by Defendants Joseph Fath, Eric Neff, Randall Schneider. (Smith, Andrew) (Entered: 06/03/2019) |
| 06/03/2019 | 44 | Certificate of Service by Defendants Joseph Fath, Eric Neff, Randall Schneider re: 43 Answer. (Smith, Andrew) Modified on 6/3/2019. (lak) (Entered: 06/03/2019) |
| 06/07/2019 | 45 | Brief in Reply by Defendant Steven M. Lucareli in Support of 19 Motion to Dismiss (Loomis, John) (Entered: 06/07/2019) |
| 06/11/2019 | 46 | Motion for Extension of Time *to Answer Motions to Dismiss and Reschedule the Pretrial Conference* by Plaintiff Timothy J. Upchurch. Motions referred to Magistrate Judge Stephen L. Crocker. Response due 6/18/2019. (Provis, Timothy) Modified on |

| | | |
|---|---|---|
| | | 6/12/2019. (lak) (Entered: 06/11/2019) |
| 06/12/2019 | 47 | ** TEXT ONLY ORDER **<br>On February 28, 2019, plaintiff filed a civil RICO complaint based on a dispute over a claimed easement. Two sets of defendants promptly filed motions to dismiss, dkts. 13 and 19 , which already are under advisal to the court, see dkts. 26 and 45 . A third motion to dismiss (dkt. 34 ) and a Rule 11 motion for sanctions (dkt. 36 ) were filed on May 30, 2019. A fourth motion to dismiss (dkt. 40 ) was filed on May 31, 2019. Plaintiff's responses are due June 20 and 21, respectively, and the telephonic preliminary pretrial conference is set for July 23, 2019. Plaintiff, by counsel, has filed a motion (dkt. 46 ) to extend his briefing deadlines to July 19 and July 31, 2019 and to postpone the telephonic preliminary pretrial conference to August 21, 2019. Plaintiff's attorney points to seven other submissions due to other courts between June 15 and July 5, 2019. Duly noted. Given the nature of plaintiff's claims in the instant lawsuit and the nature of the defendants' motions to dismiss and for sanctions, this court is not inclined to delay the briefing. Even so, as a courtesy to plaintiff's attorney, he may have any extra week on his briefing deadlines. Both response deadlines are extended to June 28, 2019, with defendants' replies due by July 12, 2019 to account for the federal holiday. The July 23, 2019 telephonic pretrial conference remains on the books so that we can set the schedule. As a heads−up, this court's new practice in cases with front−end motions to dismiss is to stay discovery to a date two months after the last reply brief has come in and to set a trial date about a year after discovery begins. Signed by Magistrate Judge Stephen L. Crocker on 6/12/19. (jat) (Entered: 06/12/2019) |
| 06/28/2019 | 48 | Brief in Opposition by Plaintiff Timothy J. Upchurch re: 36 Motion for Sanctions filed by Timothy M. O'Brien, Margaret M. O'Brien. (Provis, Timothy) (Entered: 06/28/2019) |
| 06/28/2019 | 49 | Declaration of Atty. Tim Provis filed by Plaintiff Timothy J. Upchurch re: 36 Motion for Sanctions. (Provis, Timothy) (Entered: 06/28/2019) |
| 06/28/2019 | 50 | Brief in Opposition by Plaintiff Timothy J. Upchurch re: 34 Motion to Dismiss filed by Timothy M. O'Brien, Margaret M. O'Brien. (Provis, Timothy) (Entered: 06/28/2019) |
| 06/28/2019 | 51 | Declaration of Atty. Tim Provis filed by Plaintiff Timothy J. Upchurch re: 34 Motion to Dismiss. (Provis, Timothy) (Entered: 06/28/2019) |
| 06/29/2019 | 52 | Brief in Opposition by Plaintiff Timothy J. Upchurch re: 40 Motion to Dismiss filed by Eric Neff, Joseph Fath, Randall Schneider. (Provis, Timothy) (Entered: 06/29/2019) |
| 06/30/2019 | 53 | Motion for Extension of Time *for Nunc Pro Tunc Relief* by Plaintiff Timothy J. Upchurch. Motions referred to Magistrate Judge Stephen L. Crocker. Response due 7/8/2019. (Provis, Timothy) (Entered: 06/30/2019) |
| 07/01/2019 | 54 | ** TEXT ONLY ORDER **<br>ORDER granting 53 Motion for Extension of Time. Signed by Magistrate Judge Stephen L. Crocker on 7/1/19. (jat) (Entered: 07/01/2019) |
| 07/12/2019 | 55 | Brief in Reply by Defendants Margaret M. O'Brien, Timothy M. O'Brien in Support of 34 Motion to Dismiss. (Luther, Jennifer) (Entered: 07/12/2019) |
| 07/12/2019 | 56 | Brief in Reply by Defendants Margaret M. O'Brien, Timothy M. O'Brien in Support of 36 Motion for Sanctions. (Luther, Jennifer) (Entered: 07/12/2019) |
| 07/12/2019 | 57 | Supplemental Affidavit of Jennifer M. Luther filed by Defendants Margaret M. O'Brien, Timothy M. O'Brien *in Support* re: 36 Motion for Sanctions, (Attachments: # 1 Exhibit 1 − O'Brien Letter to Sheriff, # 2 Exhibit 2 − Sheriff's Receipt) (Luther, Jennifer) Modified on 7/12/2019. (lak) (Entered: 07/12/2019) |
| 07/12/2019 | 58 | Brief in Reply by Defendants Joseph Fath, Eric Neff, Randall Schneider in Support of 40 Motion to Dismiss. (Smith, Andrew) (Entered: 07/12/2019) |
| 07/19/2019 | 59 | Joint Preliminary Pretrial Conference Report by Defendant Steven M. Lucareli. (Loomis, John) (Entered: 07/19/2019) |

| 07/23/2019 | | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Telephone Preliminary Pretrial Conference held on 7/23/2019 [:10] (cak) (Entered: 07/23/2019) |
|---|---|---|
| 07/29/2019 | 60 | Pretrial Conference Order − Preliminary Pretrial Packet in cases assigned to District Judge William M. Conley attached. Dispositive Motions due 3/27/2020. Settlement Letters due 8/14/2020. Motions in Limine due 8/21/2020. Response to Motion due 9/4/2020. Final Pretrial Conference set for 9/15/2020 at 04:00 PM. Jury Selection and Trial set for 9/28/2020 at 09:00 AM. Signed by Magistrate Judge Stephen L. Crocker on 7/26/19. (jat) (Entered: 07/29/2019) |
| 10/03/2019 | 61 | Notice of Withdrawal of Counsel by Jennifer M. Luther re: Defendants Margaret M. O'Brien, Timothy M. O'Brien. (Luther, Jennifer) (Entered: 10/03/2019) |
| 12/19/2019 | 62 | Motion to Compel by Defendants Margaret M. O'Brien, Timothy M. O'Brien. Motions referred to Magistrate Judge Stephen L. Crocker. Response due 12/26/2019. (Lubinsky, Lori) (Entered: 12/19/2019) |
| 12/19/2019 | 63 | Affidavit of Atty Lori M. Lubinsky filed by Defendants Margaret M. O'Brien, Timothy M. O'Brien re: 62 Motion to Compel, (Attachments: # 1 Exhibit 1 − Letter dated 10/28/19 Serving Discovery Requests on Plaintiff, # 2 Exhibit 2 − Plaintiff Upchurch's Response to Defendant O'Brien's First Set of Requests to Admit dated 11/28/19, # 3 Exhibit 3 − Plaintiff's Counsel's 11/29/19 Email Serving Objection to O'Brien Defendants' First Interrogatories−Request for Production, # 4 Exhibit 4 − Atty. Lubinsky's Email dated 12/2/19 re: Extension, # 5 Exhibit 5 − Plaintiff Counsel's 12/6/19 Email) (Lubinsky, Lori) Modified on 12/19/2019. (lak. (Entered: 12/19/2019) |
| 12/26/2019 | 64 | Brief in Opposition filed by Plaintiff Timothy J. Upchurch re: 62 Motion to Compel filed by Timothy M. O'Brien, Margaret M. O'Brien, (Attachments: # 1 Refer to 65 . ) (Provis, Timothy) Modified on 12/27/2019. (lak) (Entered: 12/26/2019) |
| 12/27/2019 | 65 | Affidavit of Timothy Alan Provis filed by Plaintiff Timothy J. Upchurch re: 62 Motion to Compel. (lak) (Entered: 12/27/2019) |
| 12/31/2019 | 66 | ** TEXT ONLY ORDER ** The O'Brien defendants have filed a motion to compel disclosures and discovery (dkt. 62 ), which plaintiffs oppose (dkt. 64 ) on the ground that discovery is stayed, and because they think it would be more efficient to extend the schedule to account for the fact that the court hasn't ruled on the pending dismissal motions. The discovery stay was an either/or proposition: it ended either when the court ruled on the pending dismissal motions or on September 27, 2019, whichever came first. The point of the September 27 date was to ensure that the parties would not fall behind in their discovery in the event the court had not ruled on the dismissal motions within a couple of months after the briefing was complete. That's what has happened here, so discovery has been wide open for three months. Plaintiffs have no excuse for not providing the requested discovery in a racketeering lawsuit over an easement that they chose to file in federal court. Plaintiffs' suggestion that perhaps the schedule can be relaxed a bit going forward is simply conjecture at this point. The January 24, 2020 expert disclosure deadline is imminent and the court does not intend to extend it; the likelihood that the court will extend the March 27, 2020 deadline to file dispositive motions is low. It is past time to get this case moving. Defendants' motion to compel discovery is GRANTED. Plaintiffs have until January 14, 2020 to provide all of their Rule 26(a)(1) disclosures and all responses to the defendants' discovery requests. Signed by Magistrate Judge Stephen L. Crocker on 12/31/2019. (arw) (Entered: 12/31/2019) |
| 01/17/2020 | 67 | Motion for Sanctions *or, In the Alternative, Contempt* by Defendants Margaret M. O'Brien, Timothy M. O'Brien. (Lubinsky, Lori) Modified on 1/20/2020. (lak) (Entered: 01/17/2020) |
| 01/17/2020 | 68 | Affidavit of Atty Lori M. Lubinsky filed by Defendants Margaret M. O'Brien, Timothy M. O'Brien re: 67 Motion for Sanctions, (Attachments: # 1 Exhibit 1 − Emails Between Counsel on Jan. 11 and 16, 2020) (Lubinsky, Lori) (Entered: 01/17/2020) |

| 01/17/2020 | | Set Briefing Deadlines as to 67 Motion for Sanctions *or, In the Alternative, Comptemp*. Brief in Opposition due 1/24/2020. Brief in Reply due 1/31/2020. (rks) (Entered: 01/17/2020) |
|---|---|---|
| 01/23/2020 | 69 | Expert Witness Disclosures by Defendants Margaret M. O'Brien, Timothy M. O'Brien (Attachments: # 1 Exhibit A – expert report dated 1/21/20) (Lubinsky, Lori) (Entered: 01/23/2020) |
| 01/23/2020 | 70 | Expert Report of Edward Steigerwaldt / Emily Pierce by Defendants Margaret M. O'Brien, Timothy M. O'Brien. (Lubinsky, Lori) Modified on 1/23/2020: Attachments. (lak) (Entered: 01/23/2020) |
| 01/23/2020 | 71 | Notice of Voluntary Dismissal by Plaintiff Timothy J. Upchurch. (Provis, Timothy) Modified on 1/24/2020: As to Defendants Timothy M. O'Brien and Margaret M. O'Brien. (lak) (Entered: 01/23/2020) |
| 01/23/2020 | 72 | Notice of Voluntary Dismissal by Plaintiff Timothy J. Upchurch. (Provis, Timothy) Modified on 1/24/2020: As to Defendants Albert D. Moustakis and Steven Lucareli. (lak) (Entered: 01/23/2020) |
| 01/24/2020 | 73 | Notice by Defendants Margaret M. O'Brien, Timothy M. O'Brien . (Lubinsky, Lori) (Entered: 01/24/2020) |
| 01/24/2020 | 74 | Brief in Opposition by Plaintiff Timothy J. Upchurch re: 67 Motion for Sanctions filed by Timothy M. O'Brien, Margaret M. O'Brien. (Provis, Timothy) (Entered: 01/24/2020) |
| 01/27/2020 | 75 | Motion for Sanctions by Defendant Steven M. Lucareli. (Loomis, John) (Entered: 01/27/2020) |
| 01/27/2020 | 76 | Declaration of John M. Loomis filed by Defendant Steven M. Lucareli re: 75 Motion for Sanctions, (Attachments: # 1 Exhibit 1 – Letter dated April 2, 2019, # 2 Exhibit 2 – Letter dated September 4, 2019, # 3 Exhibit 3 – Letter dated January 26, 2017, # 4 Exhibit 4(3) – Letter dated March 7, 2017, # 5 Exhibit 5 (4) – Letter dated September 21, 2017, # 6 Exhibit 6 – Letter dated September 27, 2017, # 7 Exhibit 7 – Letter dated January 17, 2017) (Loomis, John) Modified on 1/27/2020: Added exhibit descriptions, etc. (lak) (Entered: 01/27/2020) |
| 01/28/2020 | 77 | STIPULATION of Dismissal *by Plaintiff Upchurch and Defendants Fath, Neff and Schneider.* (Provis, Timothy) (Entered: 01/28/2020) |
| 01/30/2020 | 78 | ** TEXT ONLY ORDER ** <br> The court is in receipt of plaintiff's notices of voluntary dismissal against defendants Timothy O'Brien, Margaret O'Brien, Albert Moustakis, and Steven Lucareli. (Dkts. # 71 , 72 .) While plaintiff purports to dismiss these defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Seventh Circuit has held that Rule 41(a)(1) applies only to dismissals of "'an action' –– which is to say, the whole case." *Berthold Types Ltd. v. Adobe Sys. Inc.,* 242 F.3d 772, 777 (7th Cir. 2001). Because the notices at dkt. # 71 and 72 dismiss only certain defendants, and not the entire action, they cannot be dismissed pursuant to Rule 41(a)(1)(A)(i). However, under Rule 15(a)(2), this court has discretion to "freely give leave when justice so requires" to a party seeking to amend its pleading. Therefore, the court DISMISSES defendants Timothy O'Brien, Margaret O'Brien, Albert Moustakis, and Steven Lucareli from this case. The court is also in receipt of the stipulation of dismissal signed by plaintiff and the remaining defendants –– Joseph Fath, Eric Neff, and Randall Schneider. (Dkt. # 77 .) Because this stipulation terminates the whole case, this stipulation is accepted without further order from the court. Finally, the court notes that, during the course of this lawsuit, three sanctions motions have been filed against plaintiff and plaintiff's counsel. (Dkts. # 36 , 67 , 75 .) District courts retain jurisdiction to consider certain collateral issues, such as Rule 11 sanctions, even after an action is no longer pending. *See Cooter & Gell v. Hartmarx Corp.,* 496 U.S. 384, 398 (1990). As such, defendants' sanctions motions remain under advisement with the court. Signed by District Judge William M. Conley on 1/30/2020. (rks) (Entered: 01/30/2020) |

| | | |
|---|---|---|
| 02/05/2020 | 79 | ** TEXT ONLY ORDER **<br>Although the merits of this case were recently dismissed, still pending before the court are three motions for sanctions. While the first two motions have been fully briefed, plaintiff has not been given the opportunity to respond to the third motion. Plaintiff may have until February 13, 2020, to respond to defendant Lucareli's motion for sanctions. (*See* dkt. # 75 .) Signed by District Judge William M. Conley on 2/5/2020. (jls) (Entered: 02/05/2020) |
| 02/13/2020 | 80 | Brief in Opposition by Plaintiff Timothy J. Upchurch re: 75 Motion for Sanctions filed by Steven M. Lucareli. (Provis, Timothy) (Entered: 02/13/2020) |
| 02/15/2021 | 81 | Notice by Defendants Margaret M. O'Brien, Timothy M. O'Brien . (Lubinsky, Lori) (Entered: 02/15/2021) |
| 08/16/2021 | 82 | ORDER granting 36 Motion for Sanctions; granting 67 Motion for Sanctions *or, In the Alternative, Contempt*; granting 75 Motion for Sanctions. Signed by District Judge William M. Conley on 8/13/2021. (rks) (Entered: 08/16/2021) |
| 08/19/2021 | 83 | Notice of Attorney Substitution filed by Christopher J McElgunn for Defendant Albert D. Moustakis. Attorney David C. Rice terminated. (McElgunn, Christopher) (Entered: 08/19/2021) |
| 09/01/2021 | 84 | Motion for Sanctions by Defendants Margaret M. O'Brien, Timothy M. O'Brien. (Lubinsky, Lori) (Entered: 09/01/2021) |
| 09/01/2021 | 85 | Affidavit of Lori M. Lubinsky filed by Defendants Margaret M. O'Brien, Timothy M. O'Brien re: 84 Motion for Sanctions (Attachments:<br># 1 Exhibit 1 − Axley invoice) (Lubinsky, Lori) (Entered: 09/01/2021) |
| 09/01/2021 | | Set Briefing Deadlines as to 84 Motion for Sanctions. Brief in Opposition due 9/22/2021. Brief in Reply due 9/29/2021. (rks) (Entered: 09/01/2021) |
| 09/01/2021 | 86 | Declaration of John M. Loomis (Attachments:<br># 1 Exhibit A− Fees) (Loomis, John) (Entered: 09/01/2021) |
| 09/14/2021 | 87 | Partial Response to Order by Timothy A. Provis re: 82 Order on Motion for Sanctions. (Provis, Timothy) Modified on 9/15/2021. (lak) (Entered: 09/14/2021) |
| 09/20/2021 | 88 | Response re: 82 Order on Motion for Sanctions by Plaintiff Timothy J. Upchurch. (Attachments:<br># 1 Envelope) (rks) (Entered: 09/20/2021) |
| 09/22/2021 | 89 | Affidavit/Objection to Sanctions re: 82 Order on Motion for Sanctions *stating Objections*. (Provis, Timothy) Modified on 9/23/2021. (lak) (Entered: 09/22/2021) |
| 09/27/2021 | 90 | Reply to Submissions of Timothy Upchurch and of Timothy Provis of September 20 and 22, 2021, by Defendant Steven M. Lucareli (Attachments:<br># 1 Exhibit 1 − Summary Case 21−SC−125 Vilas County) (Loomis, John) (Entered: 09/27/2021) |
| 09/28/2021 | 91 | Brief in Reply by Defendants Margaret M. O'Brien, Timothy M. O'Brien in Support of 84 Motion for Sanctions (Lubinsky, Lori) (Entered: 09/28/2021) |
| 07/26/2022 | 92 | ORDER that Defendants Timothy O'Brien and Margaret O'Brien are awarded $30,552.21 under Rule 11, for which Timothy Upchurch and Timothy Provis are jointly and severally liable, Steven Lucareli is awarded $11,520.00 under Rule 11, for which Timothy Upchurch and Timothy Provis are jointly and severally liable, Timothy O'Brien and Margaret O'Brien are awarded $1,411.00 under Rule 37, for which Timothy Upchurch and Timothy Provis are jointly and severally liable, Attorney Timothy Provis is ordered to pay $10,000 to the Clerk of Court, less any amount already repaid to Upchurch, representing the disgorgement of his payment for services rendered. Signed by District Judge William M. Conley on 7/26/2022. (rks) (Entered: 07/26/2022) |
| 08/04/2022 | 93 | Motion for Judgment re: 92 Order on Motion for Sanctions, by Defendants Timothy M. O'Brien, Margaret M. O'Brien. Response due 8/11/2022. (Attachments:<br># 1 Text of Proposed Judgment) (Lubinsky, Lori) Modified on 8/4/2022. (lak) (Entered: 08/04/2022) |

| 08/04/2022 | 94 | ** TEXT ONLY ORDER ** <br> ORDER granting 93 Motion for Judgment re: 92 Order on Motion for Sanctions. Signed by District Judge William M. Conley on 8/4/2022. (rks/MH) (Entered: 08/04/2022) |
|---|---|---|
| 08/04/2022 | 95 | JUDGMENT in favor of defendants. (WMC /JWT) (rks) (Entered: 08/04/2022) |
| 08/31/2022 | 96 | NOTICE OF APPEAL, filed pro se, by Plaintiff Timothy J. Upchurch as to 95 Judgment. Filing fee of $ 505, receipt number 34690041097 paid. No Docketing Statement filed. (Attachments: # 1 Envelope) (jef) (Entered: 08/31/2022) |
| 08/31/2022 | 97 | Transcript Request Form, filed pro se, by Plaintiff Timothy J. Upchurch re 96 Notice of Appeal. (jef) (Entered: 08/31/2022) |