UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

---

Timothy Upchurch,

    *Plaintiff-Appellant,*

v.                                                     No. 22-2541

Timothy M. O'Brien,

Margaret M. O'Brien and

Steven M. Lucarelli,

    *Defendants-Appellees.*

---

APPELLANT TIMOTHY UPCHURCH'S MOTION TO EXTEND TIME

TO FILE APPELLANT'S BRIEF

(F.R.A.P. 26(b); 7th Circuit Rule 26)

---

To: Court and Counsel

    Counsel for Appellant Upchurch hereby moves the Court pursuant to F.R.A.P. 26(b) and Local Rule 26 for an extension of time to file Appellant's Brief. The brief is now due on October 11, 2022.

Facts

    The facts are stated in counsel's accompanying affidavit and so need not be repeated here except as necessary to explain the argument.

1

Discussion

Counsel presents this motion because Mr. Upchurch has at the last minute asked counsel to represent him on the above-entitled and numbered appeal. See counsel's accompanying affidavit at ¶5. As there is no way for counsel to research and write a quality brief before the present deadline, Affidavit at ¶5, counsel submits 60 days is an appropriate length for the extension.

Dated: October 7, 2022

Respectfully submitted,

*Timothy A. Provis*

Tim Provis

Appellate Counsel

Counsel for Appellant

TIMOTHY UPCHURCH